■ ROCKMILLS STEEL PRODUCTS CORPORATION et al., Appellants, v. CRUM & FORSTER INSURANCE COMPANIES, Respondent.— Order of the Supreme Court, Queens County, dated December 5, 1973, affirmed, with $20 costs and disbursements. No opinion. The examination before trial shall proceed at the place

directed in the order under review at a time to be specified in a written notice of not less than 10 days, to be given by defendant, or at such other time and place as may be agreed by the parties. Gulotta, P. J., Hopkins, Martuscello, Shapiro and Cohalan, JJ., concur.